**Order entered July 30, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01331-CV

### FRANKLIN COX, Appellant

### V.

### TEXAS WORKFORCE COMMISSION AND LINCOLN TECHNICAL AND UCAC INC., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-01261**

## ORDER

The reporter's record in this appeal is past due. By postcard dated April 25, 2018, we notified Court Reporter Vielica Dobbins the reporter's record was overdue. On May 2, 2018 and May 3, 2018, we received letters directed to Ms. Dobbins requesting preparation of the reporter's record. It is not clear whether appellant sent the request for the reporter's record to Ms. Dobbins.

Accordingly, we **ORDER** Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, to file, within **THIRTY DAYS** of the date of this order either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the record. *We notify appellant that if we receive verification the reporter's record has not been requested or payment or payment*

*arrangements have not been made, we may order the appeal submitted without the reporter's*

*record.  See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:


Honorable Dale Tillery
Presiding Judge
134th Judicial District Court

Vielica Dobbins
Official Court Reporter
134th Judicial District Court

All parties


/s/     DAVID EVANS
           JUSTICE